UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARCY ANNE ROMEO

    PLAINTIFF(S)

v.

SHERIFF OF BROWARD COUNTY, et al.,

    DEFENDANT(S).

CASE NUMBER
0:13−cv−61411−KAM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**David Benjamin**

as of course, on the date July 20, 2015.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Juan Ulacia*
Deputy Clerk

cc: Judge Kenneth A. Marra
    Marcy Anne Romeo

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)