UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-61411-Marra/Matthewman

MARCI ANNE ROMEO

    Plaintiff,

v.

SCOTT J. ISRAEL, as Sheriff of Broward
County, JEFF POOLE, and DAVID BENJAMIN,

    Defendant(s).

_____/

## ORDER ON JOINT MOTION TO MODIFY THE SCHEDULING ORDER

This cause is before the Court on the parties' Joint Motion to Modify the Scheduling Order [DE 52]. Good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the motion **[DE 52]** is **GRANTED**. The July 24, 2015 Scheduling Order [**DE 40**] is **MODIFIED** as follows:

1. The Discovery Cutoff Deadline is extended to **Wednesday, June 29, 2016**.

2. The Dispositive Motion deadline is extended to **Monday, August 1, 2016**, with the opposition to and replies to be filed in accordance with the time constraints set by the Local Rules of the Southern District of Florida.

3. All other provisions of the prior Scheduling Order remain in full force and effect. Dates and other agreements between the parties not otherwise addressed or contradicted herein, *see* Joint Discovery Plan and Scheduling Conference Report (DE 39), shall be considered part of this Order. The Court notifies the parties that because of the extension of the dispositive motion deadline, the Court will have less time to resolve any dispositive motions before the scheduled trial. This may result in the case not being reached for trial as currently scheduled.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of February, 2016.

KENNETH A. MARRA
United States District Judge